UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVENTBRITE, INC.,

Plaintiffs,

v.

M.R.G. CONCERTS LTD., et al.,

Defendants.

Case No.  20-cv-04040-SI  (SI)

**PRETRIAL SCHEDULING AND PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR: Parties to advise Court of ADR selection: 1/8/21.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  1/8/21.

FURTHER CASE MANAGEMENT: 3/19/21 at 3:00 PM.
Counsel **_must_** file a joint case management statement by: 3/12/21.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 6/11/21.

DESIGNATION OF EXPERTS: 7/19/21; REBUTTAL: 8/6/21;
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 8/31/21.

DISPOSITIVE MOTIONS **SHALL** be filed by; 9/24/21;
        Opp. Due: 10/8/21; Reply Due: 10/18/21;
        and set for hearing no later than 11/5/21 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  1/11/22.

PRETRIAL CONFERENCE DATE: 1/18/22 at 3:30 PM.

JURY TRIAL DATE: 1/31/22 at 8:30 AM.
        Courtroom 1, 17th floor.

TRIAL LENGTH is TBD.

United States District Court
Northern District of California

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated: December 14, 2020

SUSAN ILLSTON
United States District Judge