SINGER CASHMAN LLP
  Adam S. Cashman (Bar No. 255063)
  acashman@singercashman.com
  Doug Tilley (Bar No. 265997)
  dtilley@singercashman.com
505 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone:   (415) 500-6080
Facsimile:    (415) 500-6080

*Attorneys for Plaintiff/Counterclaim-Defendant Eventbrite, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVENTBRITE, INC., a Delaware corporation, <br><br>  Plaintiff, <br><br> v. <br><br> M.R.G. CONCERTS LTD., a Canadian corporation, and MATTHEW GIBBONS, an individual, <br><br>  Defendants. | CASE NO. 3:20-CV-04040-SI <br><br> **PLAINTIFF/COUNTERCLAIM-DEFENDANT EVENTBRITE, INC.'S AMENDED NOTICE OF MOTION FOR LEAVE TO FILE ANSWER AND STATEMENT OF AFFIRMATIVE DEFENSES (DKT. 93)** <br><br> Requested Hearing Date: November 18, 2021 <br> Requested Hearing Time: 11:00 a.m. <br> Location: Zoom Webinar |
| M.R.G. CONCERTS LTD., a Canadian corporation, <br><br>  Counterclaim-Plaintiff, <br><br> v. <br><br> EVENTBRITE, INC., a Delaware corporation, <br><br>  Counterclaim-Defendant. | |

# AMENDED NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff/Counterclaim-Defendant Eventbrite, Inc.'s ("Eventbrite") previously-filed Motion for leave to file an Answer to Defendant/Counterclaim-Plaintiff M.R.G. Concerts, Ltd.'s ("MRG") Counterclaims (*see* Dkt. No. 93) is hereby re-noticed for hearing on November 18, 2021 at 11:00 a.m., before the Hon. Susan Illston, in Courtroom 1 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102.

Eventbrite's Motion is based on this Amended Notice; Eventbrite's Memorandum of Points and Authorities previously filed on October 14, 2021; all other papers submitted in support of the Motion; the pleadings and other records on file in this case; all other evidence and arguments as may be presented before or at the hearing on Eventbrite's Motion; and any other matter that the Court may properly consider.

Date:  November 2, 2021

Respectfully submitted,

SINGER CASHMAN LLP

By: _____
Adam S. Cashman
Doug Tilley
*Attorneys for Plaintiff/Counterclaim-Defendant Eventbrite, Inc.*