# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| EVENTBRITE, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>M.R.G. CONCERTS LTD., a Canadian corporation, and MATTHEW GIBBONS, an individual,<br><br>　　　　**Defendants.** | CASE NO. 3:20-CV-04040-SI |
| M.R.G. CONCERTS LTD., a Canadian corporation,<br><br>　　　　**Counterclaim-Plaintiff,**<br><br>v.<br><br>EVENTBRITE, INC., a Delaware corporation,<br><br>　　　　**Counterclaim-Defendant.** | |

# VERDICT

# CLAIM NO. 1: EVENTBRITE'S CLAIM AGAINST MRG DEFENDANTS FOR BREACH OF CONTRACT

On the first cause of action in Plaintiff Eventbrite, Inc.'s ("Eventbrite") Complaint against Defendants M.R.G. Concerts Ltd. and Matthew Gibbons (collectively "Defendants"), please answer the following questions as directed:

1. Do you find that Defendants breached the Services Agreement, dated December 5, 2019, as amended?

    √  YES            ___ NO

2. If your answer to Question #1 is YES, please specify the amount of damages Eventbrite is entitled to recover:   $ _11 million._ USD

*If your answer to Question #1 is YES, please skip Claim No. 2 and proceed directly to Claim No. 3. If your answer to Question #1 is NO, please proceed to Claim No. 2.*

# CLAIM NO. 2: EVENTBRITE'S CLAIM AGAINST MRG DEFENDANTS FOR BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

On the second cause of action in Plaintiff Eventbrite, Inc.'s ("Eventbrite") Complaint against Defendants M.R.G. Concerts Ltd. and Matthew Gibbons (collectively "Defendants"), please answer the following questions as directed:

3. Do you find that Defendants breached the implied covenant of good faith and fair dealing in the Services Agreement, dated December 5, 2019, as amended?

    _____ YES                _____ NO

4. If your answer to Question #3 is YES, please specify the amount of damages Eventbrite is entitled to recover:      $ _____ USD

*If your answer to either Question No. 1 or Question No. 2 was YES, please skip all remaining questions and sign the form at the end. If the answers to both Question No. 1 and Question No. 2 were NO, please continue to Claim No. 3.*

**CLAIM NO. 3: MRG'S CLAIM AGAINST EVENTBRITE FOR BREACH OF CONTRACT**

On the first cause of action in Counterclaim-Plaintiff M.R.G. Concerts Ltd.'s ("MRG's") Counterclaims against Counterclaim-Defendant Eventbrite, Inc. ("Eventbrite"), please answer the following questions as directed:

5. Do you find that Eventbrite breached the Services Agreement, dated December 5, 2019, as amended?

   \_\_\_\_ YES            \_✓\_\_ NO

6. If your answer to Question #5 is YES, please specify the amount of damages MRG is entitled to recover:    $ _____ USD

*If your answer to Question No. 5 is YES, please skip the remaining questions and sign the form at the end. If your answer to Question No. 5 is NO please proceed to Claim No. 4.*

# CLAIM NO. 4: MRG'S CLAIM AGAINST EVENTBRITE FOR BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

On the second cause of action in Counterclaim-Plaintiff M.R.G. Concerts Ltd.'s ("MRG") Counterclaims against Counterclaim-Defendant Eventbrite, Inc. ("Eventbrite"), please answer the following questions as directed:

7. Do you find that Eventbrite breached the implied covenant of good faith and fair dealing in the Services Agreement, dated December 5, 2019, as amended?

    \_\_\_\_ YES         \_\_✓\_\_ NO

8. If your answer to Question #7 is YES, please specify the amount of damages MRG is entitled to recover:         $ _____ USD

Signed: _____
                Presiding Juror

Dated: \_\_5/23/2022\_\_

*After all verdict forms have been signed, notify the court attendant that you are ready to present your verdict in the courtroom.*