UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVENTBRITE, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>M.R.G. CONCERTS LTD., et al.,<br><br>        Defendants. | Case No. 20-cv-04040-SI<br><br>**JUDGMENT** |

On May 23, 2022, a jury entered a verdict finding defendants breached the parties' contract and awarding plaintiff $11,000,000. The Court hereby ENTERS judgment in favor of Plaintiff Eventbrite, Inc. and against defendants MRG Concerts LTD. and Matthew Gibbons in that amount.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 10, 2022

_____
SUSAN ILLSTON
United States District Judge