SINGER CASHMAN LLP
  Adam S. Cashman (Bar No. 255063)
  acashman@singercashman.com
  Doug Tilley (Bar No. 265997)
  dtilley@singercashman.com
505 Montgomery Street, Suite 1100
San Francisco, CA  94111
Telephone:     (415) 500-6080
Facsimile:      (415) 500-6080

*Attorneys for Plaintiff Eventbrite, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVENTBRITE, INC., a Delaware corporation, | CASE NO.: 3:20-CV-04040-SI |
| Plaintiff, | **[PROPOSED] AMENDED FINAL JUDGMENT** |
| v. | |
| M.R.G. CONCERTS LTD., a Canadian corporation, and MATTHEW GIBBONS, an individual, | |
| Defendants. | |
| M.R.G. CONCERTS LTD., a Canadian corporation, | |
| Counterclaim-Plaintiff, | |
| v. | |
| EVENTBRITE, INC., a Delaware corporation, | |
| Counterclaim-Defendant. | |

# [PROPOSED] AMENDED FINAL JUDGMENT

On May 23, 2022, a jury returned a verdict finding Defendants M.R.G. Concerts, Ltd. and Matthew Gibbons (collectively, "Defendants") breached the parties' contract and awarding Plaintiff Eventbrite, Inc. ("Eventbrite") $11,000,000.  Dkt. No. 201.  The Court entered judgment on the jury verdict on June 10, 2022.  Dkt. No. 203.

On November 1, 2022, the Court entered an Order denying Defendants' renewed motion for judgment as a matter of law, and granting Eventbrite's Motion for fees, costs, and pre- and post-judgment interest.  Dkt. No. 213.

The Court hereby amends its prior Judgment as follows:

1. Judgment is entered in favor of Eventbrite and against Defendants, jointly and severally, in the amount of $14,871,483.69;

2. The Court further awards Eventbrite post-judgment interest as set forth in the Court's November 1 Order (Dkt. No. 213).

**IT IS SO ORDERED**

Dated: November 14, 2022

HON. SUSAN ILLSTON
United States District Judge